## WILSON *v.* BACKUS.

LOG-LIEN PROCEEDINGS.
   Case ruled by *Menery* v. *Backus, ante,* 329.

Error to Alcona; Simpson, J. Submitted November 8, 1895. Decided December 10, 1895.

Proceedings under the log-lien law by Charles Wilson against Absalom Backus, Jr. From a judgment for plaintiff, defendant brings error. Affirmed.

*O. H. Smith (R. J. Kelley,* of counsel), for appellant.

*M. J. Connine* and *J. H. Killmaster,* for appellee.

PER CURIAM. The same questions are raised here as were raised in *Menery* v. *Backus, ante,* 329. The record is substantially the same, and the case is therefore ruled by the Menery case.